NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUMAH THOMAS MOORE-ALI, | No. 08-15424 |
| Plaintiff - Appellant, | D.C. No. 05-VC-03201-SBA |
| v. | |
| JEANNE S. WOODFORD; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Saundra B. Armstrong, District Judge, Presiding

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Jumah Thomas Moore-Ali, a California state prisoner, appeals pro se from

the district court's order denying him leave to proceed in forma pauperis in his 42

U.S.C. § 1983 action alleging that defendants violated his constitutional rights.

We have jurisdiction under 28 U.S.C. § 1291.  We review de novo the district

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

court's interpretation and application of 28 U.S.C. § 1915(g), *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir. 2007), and review for an abuse of discretion its denial of leave to proceed in forma pauperis, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). We affirm.

Moore-Ali does not contest on appeal that he is a three-strikes filer, and the district court properly determined that he did not show that the denial of Halal meat placed him "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

**AFFIRMED.**

08-15424